UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINICK J. PASCULLO and RAYMOND GONZALES, On Behalf of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH & CO., INC. PLAN INVESTMENT COMMITTEE, MERRILL LYNCH & CO., INC. PLAN ADMINISTRATIVE COMMITTEE, MERRILL LYNCH & CO., INC. MANAGEMENT DEVELOPMENT AND COMPENSATION COMMITTEE, LOUIS DIMARIA, E. STANLEY O'NEAL, ALBERTO CRIBIORE, ARMANDO M. CODINA, VIRGIS W. COLBERT, JOHN D. FINNEGAN, AULANA L. PETERS and JOHN DOES 1-10,<br><br>Defendants. | Civil Action:  1:08-cv-01116 (UA) |

[Additional Captions on Next Page]


**THE *PASCULLO* PLAINTIFFS' MEMORANDUM IN SUPPORT OF THE *ESPOSITO* PLAINTIFFS' MOTION TO CONSOLIDATE ERISA CASES, APPOINT INTERIM LEAD PLAINTIFFS AND INTERIM CO-LEAD COUNSEL, FOR ENTRY OF PRETRIAL ORDER NO. 1, AND IN OPPOSITION TO PLAINTIFF GIDARO'S MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM COUNSEL <u>FOR THE CLASS</u>**

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN and JANE DOES 1-20,<br><br>       Defendants. | **Civil Action: 07-CV-10268 (DC)** |
| MARY GIDARO, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN and JANE DOES 1-20,<br><br>       Defendants. | **Civil Action: 07-CV-10273 (LBS)** |

| | |
|---|---|
| TARA MOORE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN and JANE DOES 1-20,<br><br>        Defendants. | **Civil Action: 07-CV-10398 (DC)** |
| GREGORY YASHGUR, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN and JANE DOES 1-20,<br><br>       Defendants. | **Civil Action: 07-CV-10569 (UA)** |

| | |
|---|---|
| CHRISTINE DONLON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN and JANE DOES 1-20,<br><br>  Defendants. | **Civil Action: 07-CV-10661 (UA)** |
| CARL ESPOSITO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN and JANE DOES 1-20,<br><br>  Defendants. | **Civil Action: 07-CV-10687 (JGK)** |

| | |
|---|---|
| SEAN SHAUGHNESSEY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN and JANE DOES 1-20,<br><br>      Defendants. | **Civil Action: 07-CV-10710 (UA)** |
| BARBARA BOLAND, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN and JANE DOES 1-20,<br><br>      Defendants. | **Civil Action: 07-CV-11054 (MGC)** |

On February 4, 2008, Plaintiffs Dominick J. Pascullo and Raymond Gonzales ("*Pascullo* Plaintiffs"), through their counsel, Gainey & McKenna, LLP ("GM"), filed a complaint against Merrill Lynch & Co., Inc., and certain of its directors, officers, and employees, for violations of the Employee Retirement Income Security Act ("ERISA").  See  Pascullo and Gonzalez v. Merrill Lynch & Co., et al., No. 08-cv-01116 (UA).

The *Pascullo* Plaintiffs have reviewed the competing motions for appointment of interim class counsel and the papers in support thereof.  The *Pascullo* Plaintiffs hereby join in the motion filed by plaintiffs Carl Esposito, Barbara Boland and Anna Molin (collectively, the "*Esposito* Plaintiffs") pursuant to Federal Rule of Civil Procedure 23(g), and support the appointment of the Esposito Plaintiffs' counsel, Keller Rohrback L.L.P. ("KR") and Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("CMHT"), as Co-Lead Counsel in this litigation.

Dated: February 7, 2008

    Respectfully submitted

    **GAINEY & McKENNA**

    **S/**_____
    Thomas J. McKenna
    295 Madison Avenue
    New York, NY 10017
    Tel: (212) 983-1300
    Fax: (212) 983-0383
    Email: tjmckenna@gaineyandmckenna.com

    *Attorneys for Plaintiffs Dominick J. Pascullo and Raymond Gonzalez*